FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 12 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 12 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BOOKER T. WHITE,<br>   Petitioner,<br> v.<br>DAVID LONG, Warden,<br>   Respondent. | Case No. CV 13-02121 SVW (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: August 1, 2013

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE