JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BOOKER T. WHITE,<br><br>    Petitioner,<br><br>    v.<br><br>DAVID LONG, Warden,<br><br>    Respondent. | Case No. CV 13-02121 SVW (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: August 1, 2013

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE